UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re:

      HUDSON CRUISES, INC.                      Case No. 25-11161
                                                                      Chapter 7

                        Debtor.
-----------------------------------------------------------

## DISCLOSURE

       Paul A. Levine, Chapter 7 Trustee in the above-referenced bankruptcy estate, hereby discloses the following information:

       1.     On October 7, 2025, debtor Hudson Cruises, Inc. filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

       2.     My law firm Lemery Greisler LLC, representing Empire State Certified Development Corporation (an affiliate of Pursuit Lending) closed a U.S. Small Business Administration 504 Loan involving this debtor in 2014.

       5.     Upon the closing, as is standard practice with 504 loan closings, the note and collateral documents were immediately assigned to the SBA which is the owner of the loan and secured creditor.

       5.     I did not participate in the loan closing in any manner and only learned about it upon doing a conflict search in connection with my assignment to this case as trustee.

       7.     I do not believe this makes me "not disinterested.", but wanted to lodge this information on the docket of this case.

Dated:  October 20, 2025

                                                                          Respectfully submitted,

                                                                    _____
                                                                     Paul A. Levine, Chapter 7 Trustee
                                                                     677 Broadway - 8th Floor
                                                                      Albany, New York 12207
                                                                      (518) 433-8800