UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
In re:

    Hudson Cruises, Inc.,                                    **Chapter 7**
                                                                            **Case No. 25-11161**

                           Debtor.
-------------------------------------------------------------------

## EX PARTE APPLICATION FOR APPROVAL OF
## RETENTION OF ATTORNEY

TO:    HON. PATRICK G. RADEL
          U.S. BANKRUPTCY COURT JUDGE

       The Application of Chapter 7 Trustee Paul A. Levine respectfully represents:

       1.     I am the duly qualified and acting Chapter 7 Trustee herein.

       2.     It is necessary in the administration of this estate that the Trustee retain an attorney. The Trustee desires to retain Lemery Greisler LLC pursuant to Section 327(a) and 328 of Title 11 of the United States Code. The reason an attorney is needed is to assist the Trustee to liquidate assets, investigate and pursue avoidance actions and to assist the Trustee on claims matters.

       3.     There is no arrangement between the Trustee and the proposed attorney for a retainer. The fee for attorney services is to be based upon time at rates ranging from $325.00 to $470.00 per hour for attorneys and $150.00 per hour for paralegals and law clerks.

       4.     Paul A. Levine and Lemery Greisler LLC are experienced, qualified and competent to represent the Trustee and estate as set forth herein.

       5.     To the best of my knowledge, the proposed attorneys have no connection with any debtors, creditors or any other party in interest or their attorneys or accountants, or the United States Trustee or any of his employees, and have no interest adverse to the estate that would disqualify them from employment, and are disinterested.

6. The attorneys are willing to accept said employment and for compensation to be approved by the Court.

**WHEREFORE**, the applicant prays that the employment of the above-named attorney be approved by the Court.

Dated: October 28, 2025

Respectfully submitted,

/s/Paul A. Levine
Paul A. Levine, Esq.
Chapter 7 Trustee
Office and P.O. Address
677 Broadway - 8th Floor
Albany, New York   12207
(518) 433-8800